IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE LEE BUFFINGTON,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**S. WONG,**<br><br>　　　　　　　　　　　　　Defendant. | Case No. 2:21-cv-00458-KJM-DMC<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (LOCAL RULE 144(a) AND (c))** |

　　Having read and considered Defendant's *Ex Parte* Application for An Extension of Time to Respond to Plaintiff's Complaint, **IT IS HEREBY ORDERED THAT**:

　　1.　Defendant's Application for Extension of Time shall be granted;

　　2.　Defendant shall file his response to the Complaint on or before November 1, 2021.

　　**IT IS SO ORDERED**.

Dated: October 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE