IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LEE BUFFINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SAM WONG, et al.,<br><br>Defendants. | No. 2:21-CV-0458-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 27, for an extension of time to file a response to Plaintiff's first amended complaint. Good cause appearing therefor, Defendants' motion is granted. Defendants are relieved of any obligation to respond to the first amended complaint unless and until ordered to do so. The sufficiency of Plaintiff's first amended complaint will be addressed separately.

IT IS SO ORDERED.

Dated: January 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1