# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LEE BUFFINGTON, | No. 2:21-CV-0458-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

This action currently proceeds on Plaintiff's original complaint, which has been deemed appropriate for service, and which Defendant has answered. The original complaint was filed on March 12, 2021. See ECF No. 1. Plaintiff filed a first amended complaint on December 27, 2021. See ECF No. 25. The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

1    Here, the first amended complaint was filed more than 21 days after the original
2 complaint was filed and after Defendant filed his answer.  Thus, leave of court or stipulation are
3 required to amend.  Because Plaintiff has filed the first amended complaint absent either leave of
4 court or a stipulation signed by all parties, the first amended complaint will be stricken.  By
5 separate order, the Court will set a schedule for this litigation.
6    Accordingly, IT IS HEREBY ORDERED that the first amened complaint, ECF
7 No. 25, is stricken as having been improperly filed without stipulation or leave of court.

Dated:  August 16, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE