IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LEE BUFFINGTON,<br><br>            Plaintiff,<br><br>     v.<br><br>SAM WONG,<br><br>            Defendant. | No.  2:21-CV-0458-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. See ECF No. 32. Defendants has filed a statement of non-opposition. See ECF No. 33. Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated:  December 13, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1